# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KESNEY ESTRADA, ON BEHALF OF HER CHILD, Q. R., A MINOR,** ) ) ) ) **Plaintiffs,** ) ) vs. ) ) ) **EFFINGHAM COMMUNITY SCHOOLS UNIT DISTRICT #40, THROUGH ITS BOARD OF EDUCATION, AND TONY PULLEN,** ) ) ) **Defendants.** | **Case No.** 3:23-cv-1142 |

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff makes the following disclosure:

1. Is the party or intervenor making this disclosure a corporation?

    ☐ Yes    ☒ No

    a. If the answer to Number 1 is "yes," list below:

        i. Any parent corporation of the party or intervenor or state that there is no such corporation:

            Click or tap here to enter text.

        ii. Any publicly held corporation that owns 10% or more of the party's or intervenor's stock or state that there is no such corporation:

            Click or tap here to enter text.

2. Is the jurisdiction of this action based on diversity under 28 U.S.C. § 1332(a)[1]?

☐ Yes    ☒ No

a. If the answer to Number 2 is "yes," name and identify below the citizenship of every individual or entity whose citizenship is attributed to the party or intervenor making this disclosure:

Click or tap here to enter text.

DATED: April 5, 2023

_____
Signature

Keith Altman, Esq.
Name

The Law Office of Keith Altman
33228 W. 12 Mile Rd., Ste. 375
Farmington Hillls, MI 48334
Address

(248) 987-8929
Phone Number

keithaltman@kaltmanlaw.com
Email Address

---

[1] The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between—
    (1) citizens of different States;
    (2) citizens of a State and citizens or subjects of a foreign state, except that the district courts shall not have original jurisdiction under this subsection of an action between citizens of a State and citizens or subjects of a foreign state who are lawfully admitted for permanent residence in the United States and are domiciled in the same State;
    (3) citizens of different States and in which citizens or subjects of a foreign state are additional parties; and
    (4) a foreign state, defined in section 1603(a) of this title, as plaintiff and citizens of a State or of different States.