UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KESNEY ESTRADA, on behalf of her child, Q. R., a minor,** *Plaintiffs,* v. **EFFINGHAM COMMUNITY SCHOOLS UNIT DISTRICT #40, through its Board of Education, and TONY PULLEN,** *Defendants.* | Case No. 3:23-cv-1142 |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Plaintiff, Kesney Estrada. In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the States of California (CA Bar ID: 257309) and Michigan (MI Bar ID: P81702). A complete list of all state and federal courts in which I am admitted to practice law and member in good standing in is attached hereto as *Exhibit A*.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Dated: April 5, 2023

Respectfully Submitted,

Keith Altman, Esq.
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Tel: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorneys for Plaintiffs*