# EXHIBIT A

## Keith Altman List of Court Admissions

| State Court/Bar ID | Admission Date | Status |
|---|---|---|
| California/257309 | 8/25/2008 | Active |
| Michigan/P81702 | 6/21/2017 | Active |

| Federal Court/Bar ID | Admission Date | Status |
|---|---|---|
| Eastern Michigan | 12/4/2015 | Active |
| Western Michigan/CA257309 | 2011 | Active |
| District of Maryland/20234 | 12/8/2017 | Active |
| Northern California/257309 | 4/5/2011 | Active |
| Southern California/257309 | 9/4/2008 | Active |
| Central California/257309 | 2/7/2013 | Active |
| Eastern California/257309 | 8/29/2017 | Active |
| Northern New York/702338 | 12/2/2020 | Active |
| Southern Indiana/257309 | 1/20/2021 | Active |
| Northern Illinois/P81702 | 2/16/2021 | Active |
| Central Illinois/7314 | 8/13/2021 | Active |
| District of Colorado | 6/8/2009 | Active |
| District of North Dakota | 3/9/2022 | Active |
| Southern Texas/CA257309 | 3/4/2022 | Active |

| Federal Court/Bar ID | Admission Date | Status |
|---|---|---|
| Western Texas/257309 | 10/27/2021 | Active |
| Eastern Texas | 3/6/2019 | Active |

| Appeals Court/Bar ID | Admission Date | Status |
|---|---|---|
| First Circuit/1148129 | 7/6/2022 | Active |
| Second Circuit | 3/17/2017 | Active |
| Third Circuit | 1/11/2022 | Active |
| Fourth Circuit | 4/5/2022 | Active |
| Fifth Circuit | 1/29/2020 | Active |
| Sixth Circuit | 4/16/2018 | Active |
| Eighth Circuit/17-0173 | 4/12/2017 | Active |
| Ninth Circuit/CA257309 | 5/29/2018 | Active |
| Eleventh Circuit | 2017 | Active |

| U.S. Supreme Court/ID | Admission Date | Status |
|---|---|---|
| U.S. Supreme Court/281811 | 1/9/2012 | Active |